**Mark Anthony VIGIL, Plaintiff–Appellant,**

v.

**The WALT DISNEY COMPANY, Defendant–Appellee,**

and

**Time Warner Inc., Defendant–Appellee,**

and

**The National Hockey League, Defendant–Appellee.**

No. 04–1187.

United States Court of Appeals, Federal Circuit.

July 16, 2004.

Mark Anthony Vigil, of Counsel, Eureka, CA, for Plaintiff–Appellant.

Peter R. Crane, Principal Attorney, Wilson, Elser, Teague I. Donahey, of Counsel, Sidley, Austin, San Francisco, CA, Nicholas M. Cannella, Principal Attorney, Fitzpatrick, Cella, New York, NY, Charles K. Verhoeven, Principal Attorney, Matthew W. Meskell, of Counsel, Quinn, Emanuel, Redwood Shores, CA, for Defendants–Appellees.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.